Nos. 15-1725, 15-1795

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

UNWIRED PLANET, LLC,

*Plaintiff-Appellant*,

v.

APPLE INC.,

*Defendant-Cross-Appellant*.

Appeal from the United States District Court for the Northern District of California in Case No. 3:13-cv-04134-VC, United States District Judge Vince Chhabria

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE PRINCIPAL BRIEF**

| | |
|---|---|
| H. Mark Lyon | Mark A. Perry |
| Y. Ernest Hsin | *Principal Attorney* |
| Stuart M. Rosenberg | Brian M. Buroker |
| Gibson, Dunn & Crutcher LLP | Gibson, Dunn & Crutcher LLP |
| 1881 Page Mill Road | 1050 Connecticut Avenue, N.W. |
| Palo Alto, CA 94304 | Washington, D.C. 20036 |
| (650) 849-5300 | (202) 955-8500 |
| | |
| Brooke Myers Wallace | Alex Harris |
| Gibson, Dunn & Crutcher LLP | Gibson, Dunn & Crutcher LLP |
| 333 South Grand Avenue | 555 Mission Street, Suite 3000 |
| Los Angeles, CA 90071 | San Francisco, CA 94105 |
| (213) 229-7074 | (415) 393-8200 |

*Counsel for Cross-Appellant Apple Inc.*

**REQUESTED RELIEF**

Cross-Appellant Apple Inc. ("Apple") respectfully moves under Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) for a 29-day extension of time within which to file its principal brief, from October 22, 2015, to November 20, 2015. Because this motion requests an extension of more than 14 days, it is accompanied by a declaration of Apple's counsel, Mark A. Perry, under penalty of perjury as required by subsection (5) of Federal Circuit Rule 26(b). Appellant requested and received a 30-day extension of time to file its principal brief. This is Apple's first request for an extension of the deadline for filing its principal brief.

**GROUNDS FOR UNOPPOSED MOTION**

Apple requests a 29-day extension of time within which to file its principal brief because the brief will require multiple levels of analysis. Appellant's notice of appeal listed a large number of orders, which made it difficult to anticipate which issues would actually be raised in its brief. Moreover, several attorneys involved in the drafting of its principal brief are heavily involved in other district court litigations and appellate matters at present.

**STATEMENT OF CONSENT**

Counsel for Appellant have indicated that they have no objection to the relief sought by this motion and will not file a response in opposition.

## CONCLUSION

For good cause shown, Apple respectfully requests a 29-day extension of time, up to and including November 20, 2015, within which to file its principal brief in this appeal.

Dated: October 2, 2015

                                        Respectfully submitted,

                                        */s/ Mark A. Perry*
                                        Mark A. Perry
                                        Gibson, Dunn & Crutcher LLP
                                        1050 Connecticut Avenue, N.W.
                                        Washington, D.C. 20036
                                        Telephone:  (202) 955-8500
                                        Facsimile:  (202) 467-0539
                                        MPerry@gibsondunn.com

                                        *Counsel for Cross-Appellant Apple Inc.*

# CERTIFICATE OF INTEREST

Counsel for Cross-Appellant Apple Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

Apple Inc.

2. The names of the real parties in interest (if the party named in the caption is not the real party in interest) represented by me are:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

4. The names of all law firms and the partners or associates that appeared for the parties now represented by me in the trial court or agency or are expected to appear in this court are:

GIBSON, DUNN & CRUTCHER LLP: Brian M. Buroker, Frederick S. Chung, Tracey B. Davies, Alex Harris, Yu-Chieh Ernest Hsin, Steven M. Kalogeras, Christina Kogan, Josh A. Krevitt, Quincy Lu, H. Mark Lyon, Mark A. Perry, Priyanka Rajagopalan, Stuart M. Rosenberg, Brooke M. Wallace, and Etai Lahav (no longer associated with Gibson Dunn)

LEWIS AND ROCA LLP: Jonathan W. Fountain, John L. Krieger, E. Leif Reid

|  |  |
|---|---|
| October 2, 2015 | */s/ Mark A. Perry* |
| Date | Mark A. Perry |
|  | Gibson, Dunn & Crutcher LLP |
|  | 1050 Connecticut Avenue, N.W. |
|  | Washington, D.C. 20036 |
|  | Telephone: (202) 955-8500 |
|  | Facsimile: (202) 467-0539 |
|  | MPerry@gibsondunn.com |

## SUPPORTING DECLARATION OF MARK A. PERRY

1. I am an attorney duly admitted to practice law in the State of California and the District of Columbia, and before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel for Cross-Appellant Apple in these appeals.

2. I have knowledge of the facts set for the below and, if called as a witness, could and would testify to them.

3. I make this declaration as required by Federal Circuit Rule 26(b)(5) to demonstrate good cause for an extension that exceeds 14 days.

4. The appeal (No. 15-1725) was docketed in this Court on June 11, 2015, and the cross-appeal (No. 15-1795) was docketed in this Court on July 6, 2015. Apple's principal brief is currently due on October 22, 2015.

5. The additional 29 days requested are warranted to allow counsel for Apple sufficient time to prepare and file a principal brief adequately addressing the many factual and legal issues raised by the district court's orders. In addition to the extensive briefing required by the appeal and the expansive record below, which alone provide good cause for an extension, the commitments of lead counsel during this period provide additional reason to grant an extension.

6.　　In addition to the briefing in this appeal, I am principally responsible for the following matters:

- Jury Trial, *Oracle USA, Inc. v. Rimini Street, Inc.*, No. 2:10-cv-0106 (D. Nev. began Sept. 14, 2015, expected to conclude early October 2015, with post-trial briefs to follow)

- Brief for Appellees, *Odle v. Wal-Mart Stores, Inc.*, No. 15-10571 (5th Cir. Oct. 5, 2015)

- Response to Petition for Rehearing En Banc, *Ariosa Diagnostics, Inc. v. Sequenom, Inc.*, No. 14-1139 (Fed. Cir. Oct. 19, 2015)

- Oral Argument, *Openwave Systems, Inc. v. Apple Inc.*, No. 15-1108 (Fed. Cir. Nov. 3, 2015)

7.　　Apple has not previously sought any extensions of deadlines for briefing in this appeal.

8.　　Appellant requested and received a 30-day extension of time to file its principal brief.

9.　　Apple raised the issue of the requested extension with Kevin Kneupper of McKool Smith, P.C., counsel for Appellant, and Mr. Kneupper, after consulting with his client, has indicated that Appellant has no objection to the requested extension of the deadline and would not oppose this motion.

10.　　Apple's counsel has at all times exercised diligence in providing timely and professional briefing to the district court and we intend to do the same in this Court. The requested extension will enable us to adequately brief the important issues presented in the appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on October 2, 2015.

*/s/ Mark A. Perry*
Mark A. Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
MPerry@gibsondunn.com

## CERTIFICATE OF SERVICE

    I, Mark A. Perry, hereby certify that that I caused the foregoing Unopposed Motion for Extension of Time to File Principal Brief to be filed via the Court's CM/ECF system and served on counsel of record who have registered for such service on October 2, 2015.

October 2, 2015                                            */s/ Mark A. Perry*
                                                        Mark A. Perry
                                                        Gibson, Dunn & Crutcher LLP
                                                        1050 Connecticut Avenue, N.W.
                                                        Washington, D.C. 20036
                                                        Telephone:  (202) 955-8500
                                                        Facsimile:  (202) 467-0539
                                                        MPerry@gibsondunn.com